ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LINDA CALLOWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-00443 OWW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| LINDA CALLOWAY, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for August 7, 2006, be continued until August 28, 2006 at a.m. in the above-entitled court.

Any Informal Formal Objections to be filed on behalf of defendant must be submitted to Probation and AUSA Kimberly Kelly by August 7, 2006. Any Formal Objections to be filed on behalf of defendant must be submitted to the court by August 21, 2006.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  July 21, 2006            /s/ Kimberly Kelly
                                 KIMBERLY KELLY
                                 Assistant United States Attorney
                                 This was agreed to by Ms. Kelly
                                 via telephone, on July 21, 2006

1

1
2
3

DATED:  July 21, 2006                /s/ Roger K. Litman
                                     ROGER K. LITMAN
                                     Attorney for Defendant
                                     LINDA CALLOWAY

4
5

SO ORDERED:

6
7

DATED:  __8/7/2006            _____/s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     U.S. DISTRICT COURT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28