ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LINDA CALLOWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  05-00443 OWW |
|     Plaintiff, | ) | |
| | ) | **APPLICATION FOR SEALING** |
| v. | ) | **MENTAL HEALTH RECORDS;** |
| | ) | **PROPOSED ORDER** |
| LINDA CALLOWAY, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**COMES NOW** defendant herein, LINDA CALLOWAY, who applies hereby for an order permitting her to file, under seal, her mental health records from Fresno County Department of Behavioral Services.  We are requesting the records be filed under seal due to the sensitive nature of the matter.  The records have already been served on Assistant United States Attorney Kimberly A. Sanchez and Katrina Holland of the United States Probation Office.

Ms. Calloway respectfully requests that this Court order the within mental health records be scanned by the Clerk's Office into the sealed section of the ECF and that the originals returned to counsel.

DATED:  August 18, 2006

Respectfully submitted,


/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
LINDA CALLOWAY

1

**SEALING ORDER**

Having reviewed defendant Calloway's Application to File Mental Health Records, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the mental health records be filed under seal, and that the documents be scanned by the Clerk's Office into the sealed section of ECF and the original be returned to counsel.

IT IS SO ORDERED.

**Dated:   August 18, 2006**                    /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE

2