ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LINDA CALLOWAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 05-00443 OWW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| LINDA CALLOWAY, | |
| Defendant. | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that sentencing in the above action be continued from August 28, 2006 at 1:30 p.m. until September 11, 2006 at 9:00 a.m. in the above-entitled court.

    Assistant United States Attorney Kimberly A. Sanchez, upon request of defense counsel, allowed defense counsel additional time needed to prepare and submit the pleading entitled Formal Objections to Advisory Guideline Presentence Investigation Report and Sentencing Memorandum.  This stipulation is appropriate to afford Ms. Sanchez a fair opportunity to review, and respond if appropriate, to the referenced pleading.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

| | | |
|---|---|---|
| 1 | DATED: August 22, 2006 | /s/ Kimberly A. Sanchez |
| 2 | | KIMBERLY SANCHEZ<br>Assistant United States Attorney |
| 3 | | This was agreed to by Ms. Kelly<br>via telephone, on August 21, 2006 |
| 4 | | |
| 5 | DATED: August 22, 2006 | /s/ Roger K. Litman<br>ROGER K. LITMAN |
| 6 | | Attorney for Defendant<br>LINDA CALLOWAY |

IT IS SO ORDERED.

**Dated:   August 23, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE

2