DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA CALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINDA CALLOWAY,<br><br>        Defendant. | No. Cr. F 05-443 OWW<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

     Defendant, LINDA CALLOWAY, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly A. Sanchez, hereby stipulate as follows:

     1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

     2.   The sentencing range applicable to Ms. Calloway was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

1  3.  Ms. Calloway's offense level has been reduced from 32 to 30,
2  and a sentence at the low end of the new guideline range with a
3  departure comparable to the 43% reduction she received at the original
4  sentencing, would be 40 months;

5  4.  Ms. Calloway merits a reduction in her sentence based on the
6  factors listed in 18 U.S.C. § 3553(a), as well as considerations of
7  public safety and Ms. Calloway's positive post-sentencing conduct;

8  5.  Accordingly, the parties request the court enter the order
9  lodged herewith reducing Ms. Calloway's term of imprisonment to an
10 aggregate term of 40 months on all counts.

11 Dated:  May 15, 2008
12 Respectfully submitted,

13 McGREGOR SCOTT                        DANIEL J. BRODERICK
   United States Attorney                Federal Defender
14
15
    /s/ Kimberly A. Sanchez              /s/ David M. Porter
16 KIMBERLY A. SANCHEZ                   DAVID M. PORTER
   Assistant U.S. Attorney               Assistant Federal Defender
17
   Attorney for Plaintiff                Attorney for Movant
18 UNITED STATES OF AMERICA              LINDA CALLOWAY

19                                  ORDER

20    This matter came before the Court on the stipulated motion of the
21 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

22    The parties agree, and the Court finds, that Ms. Calloway is
23 entitled to the benefit of the retroactive amendment reducing crack
24 cocaine penalties, which reduces the applicable base offense level from
25 32 to 30, and a sentence at the low end of the new guideline range with
26 a departure comparable to the 43% reduction she received at the
27 original sentencing would be 40 months.

28 ///

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-2-

1    IT IS HEREBY ORDERED that the term of imprisonment originally
2 imposed is reduced to an aggregate term of 40 months on all counts.
3    IT IS FURTHER ORDERED that all other terms and provisions of the
4 original judgment remain in effect.
5    Unless otherwise ordered, Ms. Calloway shall report to the United
6 States Probation office closest to the release destination within
7 seventy-two hours after her release.
8 IT IS SO ORDERED.

**Dated:   May 15, 2008**             **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-