# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:05CR00443-001 |
| LINDA CALLOWAY ) | USM No: 62605-097 |
| Date of Previous Judgment: 9/13/2006 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   50   months **is reduced to**   40 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29         Amended Offense Level: 27
Criminal History Category: I         Criminal History Category: I
Previous Guideline Range: 87 to 108 months   Amended Guideline Range: 70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Court originally departed downward per government request and similar departure below the range was ordered in amended sentence.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   9/13/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   5/23/2008                         /s/ OLIVER W. WANGER
                                                            Judge's signature

Effective Date:                              Oliver W. Wanger, U. S. District Judge
        (if different from order date)                Printed name and title